AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Justin Abbott | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   1:18-CV-07770 |
| Reinauer Transportation Companies, LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: _____09/26/2018_____

/s/ Dennis M. O'Bryan
*Attorney's signature*

Dennis M. O'Bryan  P-30545
*Printed name and bar number*

401 S. Old Woodward, Ste. 463
Birmingham, MI 48009
*Address*

dob@obryanlaw.net
*E-mail address*

(248) 258-6262
*Telephone number*

(248) 258-6047
*FAX number*